Case 4:22-cv-00593   Document 10   Filed on 07/17/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Laura Carter,<br>  *Plaintiff*,<br><br>v.<br><br>Denis R. McDonough,<br>  *Defendant*. | §<br>§<br>§<br>§  Civil Action No. 4:22-CV-0593<br>§<br>§<br>§ |

## MEMORANDUM AND RECOMMENDATION

Plaintiff, who is prosecuting this case pro se and in forma pauperis, filed a Complaint for Employment Discrimination on February 22, 2022.[1] ECF 1. Defendant has not made an appearance in this case. On June 15, 2022, the Court conducted an Initial Pretrial and Scheduling conference at which Plaintiff appeared. The Court informed Plaintiff of potential problems with service on defendant and informed her that she must properly serve Defendant in order for the case to proceed. *See* June 15, 2022 Minute Entry. The docket reflects no further activity in this case.

Pursuant to 28 U.S.C. § 1915, a plaintiff proceeding in forma pauperis in entitled to service by the U.S. Marshal. However, it remains the burden of the plaintiff to take steps to make sure service is completed. A pro se plaintiff cannot remain silent and make no attempts to correct any deficiency in service. *See Dupre*

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 7.

*v. Touro Infirmary*, 235 F.3d 1340 (5th Cir. 2000) (district court did not abuse its discretion in dismissing complaint where pro se, in forma pauperis plaintiff did not attempt to remedy defects in service or explain her failure to effect service). All scheduling order deadlines have passed and docket call is set for September 19, 2023, but Plaintiff has never asked the Court for an extension of time to effect service, has not sought entry of default if she contends service was proper, and has not taken any other action to pursue this case. Because this case has been on file for over a year with no appearance by the Defendant or any action by Plaintiff to pursue this case, the Court RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on July 17, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge