United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA CARTER, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-00593 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DENIS R. | § | |
| MCDONOUGH, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Laura Carter, proceeding *pro se*, sued Defendant Denis R. McDonough for employment discrimination. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 7.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated July 17, 2023. Dkt 10. She recommends that this case be dismissed without prejudice for want of prosecution because Carter has taken no steps to effect service despite having been informed of her responsibility to do so. Neither party filed objections.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 10.

This case is DISMISSED WITHOUT PREJUDICE. A final judgment will enter separately.

SO ORDERED.

Signed on August 18, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge